**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number:      11 C 6284

Brad Williams,          Plaintiff                                                     Judge
          v.                                                                          Lindberg
City of Chicago, et al.,   Defendants


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Darius Reed, Rico Carter and Edward Sullins

| | |
|---|---|
| NAME (Type or print)<br>Joseph M. Polick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Joseph M. Polick | |
| FIRM<br>City of Chicago Law Department | |
| STREET ADDRESS     30 North LaSalle Street, Suite 900 | |
| CITY/STATE/ZIP   Chicago, Illinois  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06203682 | TELEPHONE  NUMBER<br>312-744-8335 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐