# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Brad Williams

                      Plaintiff,

v.                                          Case No.: 1:11−cv−06284
                                                  Honorable George W. Lindberg

City of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 22, 2012:

      MINUTE entry before Honorable George W. Lindberg: Defendants' unopposed first motion to extend the time in which to complete fact discovery [29] is granted. The trial schedule set on 1/11/12 is modified as follows: all discovery, including expert discovery, is to be completed by 8/8/12. Discovery status hearing set for 7/11/12 at 10:00 a.m. Dispositive motions due by 8/29/12. Responses due by 9/12/12. Replies due by 9/19/12. The 8/22/12 ruling date, 8/28/12 due date for the proposed pretrial order, and the 9/4/12 trial date are stricken. No appearance required on 3/28/12 or 5/2/12. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.