## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRAD WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 11 C 6284 |
| vs. | ) |
| | ) Judge Lindberg |
| THE CITY OF CHICAGO, OFFICER DARIUS REED, Star No. 12200, OFFICER RICO CARTER, Star No. 5068, SERGEANT EDWARD SULLINS, Star No. 1205, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) Magistrate Judge Schenkier ) ) JURY DEMANDED |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Defendant City of Chicago, by and through one of its attorneys Brandon J. Gibson, Assistant Corporation Counsel for the City of Chicago, respectfully move this Court for leave to withdraw as attorney for the City of Chicago. In support of this motion, the City of Chicago states as follows:

1. The undersigned, Brandon J. Gibson, Assistant Corporation Counsel for the City of Chicago, has previously filed an appearance for the Defendants.

2. As of April 27, 2012, the undersigned will no longer work for the City of Chicago Corporation Counsel's Office.

3. George J. Yamin, Senior Assistant Corporation Counsel for the City of Chicago has previously filed an appearance on behalf of the City of Chicago and will continue to represent it.

4. The undersigned is requesting that the Court grant this motion and enter an order permitting him to withdraw from representing the City of Chicago as counsel of record in this matter.

     5.     This motion is not intended to cause delay to this proceeding or to prejudice any party.

WHEREFORE, for all of the foregoing reasons, Defendant City of Chicago respectfully requests that this Court allow Brandon J. Gibson to withdraw as counsel for the City of Chicago.

Respectfully submitted,

/s/ Brandon J. Gibson_____
BRANDON J. GIBSON
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 744-1056 Phone
(312) 744-3989 Fax
Attorney No. 6296576