**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Brad Williams

                       Plaintiff,

v.                                      Case No.: 1:11–cv–06284
                                               Honorable George W. Lindberg

City of Chicago, et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

       MINUTE entry before Honorable George W. Lindberg: Motion Hearing regarding plaintiff's motion to compel [35] is stricken and reset to 5/30/2012 at 10:00 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.