# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Brad Williams

                          Plaintiff,

v.                                             Case No.: 1:11−cv−06284

                                                              Honorable George W. Lindberg

City of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2012:

      MINUTE entry before Honorable George W. Lindberg: Plaintiff's motion to compel discovery [35] is granted as unopposed. Defendants' response to the motion to compel was due 5/25/2012. No response was filed, so the motion is construed as unopposed. Plaintiff's motion for a HIPPA order [37] is granted in part. In addition to covering HIPPA and PHI information for Betsy Williams Ware, the order will also cover HIPPA and PHI information for Brad Williams. Defendants raised two objections to plaintiff's proposed protective order. First, Defendants sought to include HIPPA and PHI information for Brad Williams in the protective order, which the Court has done. Second, defendants sought to include other confidential information in the order. It is not clear whether the parties discussed the issue of other confidential information prior to defendants raising the issue in their objections. Therefore, the Court will not address that issue in the instant protective order. The parties are ordered to meet and confer to attempt to reach an agreement regarding the other confidential information. If the parties cannot reach an agreement, defendants can file a separate motion regarding that issue. No appearance required on 5/30/2012. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.