# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Brad Williams

Plaintiff,

v.

Case No.: 1:11–cv–06284
Honorable George W. Lindberg

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2012:

 MINUTE entry before Honorable George W. Lindberg: Defendant City of Chicago's motion for this Court to strike its order of May 29, 2012, granting plaintiff's motion to compel discovery as "unopposed," and to rule on plaintiff 9;s motion after considering the City's response to it [46] is denied. No appearance required on 6/6/2012. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.